IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
DIVISION

| | |
|---|---|
| RUBEN B. PRUITT, | ) |
| | ) |
| Plaintiff, | ) Case No: 3:11-1164 |
| | ) |
| v. | ) U.S. District Judge Kevin H. Sharp |
| | ) |
| CONNECTICUT VALLEY ARMS, INC., | ) Magistrate Judge John S. Bryant |
| | ) |
| Defendant. | ) |

## ORDER

This cause came before the Court by a Joint Motion for Substitution of Party filed by both Plaintiff and Defendant. The parties wish to substitute Blackpowder Products, Inc. for the current named Defendant, Connecticut Valley Arms, Inc. The Defendants consent to the substitution, which indicates that they will not be prejudiced by the substitution. The incorrect Defendant was named because the muzzleloader was sold under the "Connecticut Valley Arms tradename.

IT IS ORDERED that the Joint Motion for Substitution is granted. The Clerk shall remove Connecticut Valley Arms, Inc. as the Defendant and substitute Blackpowder Products, Inc. in its place. The Plaintiff shall amend the complaint to name Blackpowder Products, Inc. as the Defendant no later than January 15, 2012. The amendment will relate back to the date of the original pleading pursuant to F.R.C.P. 15(c)(1).

IT IS SO ORDERED.

This 5th day of January, 2012.

*s/ John S. Bryant*
MAGISTRATE JUDGE JOHN S. BRYANT

APPROVED FOR ENTRY:


/s/ Angela R. Hoover
ANGELA R. HOOVER, #023692
Ainley, Hoover, Clark & Hoover, PLLC
Attorneys at Law
204 Fourth Avenue South
Franklin, Tennessee 37064
(615) 790-9400
*Attorney for Plaintiff*


/s/ William B. Jakes, III
WILLIAM B. JAKES, III, #010247
Howell & Fisher, PLLC
300 James Robertson Parkway
Nashville, Tennessee 37201-1107
(615) 244-3370

JAMES E. SINGER
Bovis, Kyle & Burch
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338
(770) 391-9100
*Attorneys for Defendant*