**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **RUBEN B. PRUITT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION** |
| | § | **FILE NO. 3:11-1164** |
| **CONNECTICUT VALLEY ARMS,** | § | **District Judge Kevin H. Sharp** |
| **INC.,** | § | **Magistrate Judge John Bryant** |
| | § | |
| **Defendant.** | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED**, by and between the undersigned attorneys for the parties hereto that the above matter is dismissed with prejudice.

This 17th day of July, 2012.

/s/ Angela R. Hoover________
ANGELA R. HOOVER
TBPR No.: 023692
Ainley, Hoover, Clark & Hoover, PLLC
204 Fourth Avenue Aouth
Franklin, Tennessee 37064
Telephone: (615) 790-9400

*Attorney for Plaintiff*

/s/ William B. Jakes, III
TBPR No.: 010247
Howell & Fisher, PLLC
300 James Robertson Parkway
Nashville, Tennessee 37201-1107
Telephone: (615) 244-3370

- and -

/*s*/ James E. Singer
JAMES E. SINGER
Georgia Bar No. 649028
Bovis, Kyle & Burch, LLC
200 Ashford Center North
Suite 500
Atlanta, Georgia 30338
Telephone: 770-391-9100
Facsimile: 770-668-0878

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filings to the following counsel of record:

William B. Jakes, III
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107

James E. Singer
Bovis, Kyle & Burch, LLC
200 Ashford Center North, Suite 500
Atlanta, GA 30338-2668

This 17th day of July, 2012.

/s/ Angela R. Hoover___________
ANGELA R. HOOVER
TBPR No.: 023692

Ainley, Hoover, Clark & Hoover, PLLC
204 Fourth Avenue South
Franklin, TN 37064
Telephone: (615) 790-9400

*Attorney for Plaintiff*