**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **RUBEN B. PRUITT** | ) | |
| | ) | **Case No. 3:11-1164** |
| **v.** | ) | **JUDGE SHARP** |
| | ) | |
| **CONNECTICUT VALLEY ARMS, INC.** | ) | |
| | ) | |

# O R D E R

Pursuant to the Stipulation of Dismissal with Prejudice (Docket Entry No. 17) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

Kevin H. Sharp

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE