UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RUBEN B. PRUITT<br><br>Plaintiff,<br><br>v.<br><br>CONNECTICUT VALLEY ARMS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:11cv01164<br>Judge Sharp |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on August 1, 2012.

KEITH THROCKMORTON, CLERK

s/ Hannah Blaney